1  McGREGOR W. SCOTT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



9          IN THE UNITED STATES DISTRICT COURT FOR THE
10                  EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,      )   CR. NO. S-07-062-EJG
12                                )
              Plaintiff,          )
13     v.                         )
                                  )
14 JEFFERSON N. CALLAHAN,         )   STIPULATION TO CONTINUE
                                  )   SENTENCING HEARING AND
15            Defendant.          )   ~~PROPOSED~~ ORDER
                                  )
16 _____)

17      IT IS HEREBY STIPULATED AND AGREED between plaintiff United
18 States of America and defendant JEFFERSON N. CALLAHAN, with the
19 advice of his counsel, Edi M.O. Faal, Esq., as follows:  (1) each
20 party enters this agreement and these stipulations for good cause
21 stemming from concerns to ensure adequate preparation and effective
22 advocacy on behalf of each party's respective client; (2) each party
23 specifically requests this Court to allow that the sentencing
24 hearing set for June 29, 2007 be vacated; and (3) each party
25 specifically requests that this Court schedule the sentencing on
26 July 27, 2007 at 10:00 a.m.
27 ///
28 ///

1    Accordingly, the parties request that this Court enter this
2 stipulation as an Order of the Court.

4 DATED:  6/21/07       McGREGOR W. SCOTT
                        United States Attorney
5                       By:

6                       /s/Michelle Rodriguez
                        MICHELLE RODRIGUEZ
7                       Assistant U.S. Attorney

                        /s/Michelle Rodriguez for
9 DATED:  6/21/07        Edi M. O. Faal (approved via phone)
                        EDI M.O. FAAL, ESQ. Attorney
10                       for JEFFERSON N. CALLAHAN

12                 *******************

13
IT IS SO ORDERED.
14

15
DATED:  6/26/07                    /s/ Edward J. Garcia
16                                 EDWARD J. GARCIA
                                   U.S. DISTRICT COURT JUDGE
17                                 E.D. CALIFORNIA