**RECOMMENDATION TERMINATING
PROBATION PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **Docket Number:  2:07CR00062-01** |
| | ) | |
| **Jefferson Newton CALLAHAN** | ) | |
| | ) | |

**LEGAL HISTORY:**

On July 27, 2007, the above-named was placed on Probation for a period of 5 years. Special conditions included: Search; Financial restrictions/disclosure; Asset restrictions; Drug/alcohol testing/treatment program; Mental health treatment program; Co-payment for treatment/testing; Abstain from alcohol and restrictions; $340,000 restitution; and a $100 special assessment.

**SUMMARY OF COMPLIANCE:**

Mr. Callahan has complied with all conditions and special conditions of probation, and has not been involved in any further criminal activities.  He is supervised by the Central District of California Probation Office.  Mr. Callahan has a number of serious and chronic health issues including pancreatic cancer.  He also recently suffered a stroke.  It is the opinion of the probation officer that he has derived maximum benefit from supervision and is not in need of continued supervision. Although there is a substantial restitution balance outstanding, collection of payments can and will continue to be handled by the United States Attorney's Office.

Rev. 04/2007
EARLY TERMINATION ~ RECOMMENDATION.MRG

RE:     **Jefferson Newton CALLAHAN**
        **Docket Number:  2:07CR00062-01**
        **RECOMMENDATION TERMINATING**
        **PROBATION PRIOR TO EXPIRATION DATE**


**RECOMMENDATION:**


It is, therefore, respectfully recommended that Probation in this case be terminated early.

Respectfully submitted,


/s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**


Dated:      February 4, 2009
            Elk Grove, California
            DAS/cj


cc:     AUSA Michelle Rodriguez (Pursuant to Rule 32, notice of proposed relief to the probationer is
        being provided. If no objection is received from you within 14 days, the probation officer's
        Recommendation and Prob 35-Order Terminating Probation Prior to Expiration Date, will be
        submitted to the Court for approval.)

PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  2:07CR00062-01** |
| | ) | |
| **Jefferson Newton CALLAHAN** | ) | |
| | ) | |

On July 27, 2007, the above-named was placed on probation for a period of 5 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

Dated:        February 4, 2009
              Elk Grove, California
              DAS/cj

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**RE:   Jefferson Newton CALLAHAN**
      **Docket Number:  2:07CR00062-01**
      **ORDER TERMINATING PROBATION**
      **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.


  February 25, 2009                            /s/ Edward J. Garcia
**Date**                                      **Edward J. Garcia**
                                              **Senior United States District Judge**

DAS/cj

Attachment:  Recommendation

cc:   United States Attorney's Office
      United States District Clerk (ED/CA)
      United States Attorney's Office Financial Litigation Unit (ED/CA)

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG